U.S. DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

JUL 25 2023

Ronald E. Dowling, Clerk of Court
By_____
       Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 1:23-cr-10004-001 |
| v. | ) | |
| | ) | |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(A)(viii) |
| WALLACE KENYA CUTTER, SR. | ) | 21 U.S.C. § 841(b)(1)(C) |
| a/k/a "Kilo" | ) | 21 U.S.C. § 841(b)(1)(D) |

**INDICTMENT**

The Grand Jury Charges:

COUNT ONE

On or about March 27, 2023, in the Western District of Arkansas, El Dorado Division, the Defendant, **WALLACE KENYA CUTTER, SR., a/k/a "Kilo"**, did knowingly and intentionally possess a controlled substance, namely, more than 500 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, with intent to distribute that controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

COUNT TWO

On or about March 27, 2023, in the Western District of Arkansas, El Dorado Division, the Defendant, **WALLACE KENYA CUTTER, SR., a/k/a "Kilo"**, did knowingly and intentionally possess a controlled substance, namely, cocaine, a Schedule II controlled substance, with intent to distribute that controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

On or about March 27, 2023, in the Western District of Arkansas, El Dorado Division, the Defendant, **WALLACE KENYA CUTTER, SR., a/k/a "Kilo"**, did knowingly and intentionally possess a controlled substance, namely, less than 50 kilograms of marijuana, a Schedule I controlled substance, with intent to distribute that controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

A True Bill.

DAVID CLAY FOWLKES
UNITED STATES ATTORNEY

/s/Grand Jury Foreperson
Grand Jury Foreperson

By: _____
Graham Jones
Assistant U.S. Attorney
Ark. Bar No. 2005183
500 N. State Line Avenue, Ste. 402
Texarkana, AR 71854
Telephone: (903) 794-9481
Email: graham.jones@usdoj.gov