April 29 2024

Dear Judge

My Name is Sonia Moody. I am the Aunt of Wallace K. Cutter. I have known this young man since his birth until now.

Wallace is a respectful and and caring young man his generocity and giving spirit is known throughout his family and friends.

I remember a situation I had with a bill I needed to pay and I reached out to my nephew and he didn't exchange words he came to Little Rock where I was staying and gave me the money and didn't ask for It back