Patrina S. Wyrick
5645 Grand Teton Lane
Conway, AR  72034
501.499.5051

May 8, 2024

Dear Honorable Judge Susan Hickey:

My name is Patrina Wyrick, and I am writing you on behalf of the defendant and my cousin— Mr. Wallace K. Cutter.  Mr. Cutter is not only my cousin; he is also a personal friend.  Mr. Cutter is a mere seven months my elder; therefore, I have known him my entire life.

Mr. Cutter is a God-fearing man.  He believes in, has faith in, and trusts in The Lord.  He attends church at St. James Baptist Church, which is also where his mother attended before her passing.

Mr. Cutter is also a family man.  He loves his children and is a proud and supportive father!  His faith and his family are his foundation — what keeps him centered.  As the youngest child in his nuclear family, he has always had a special bond with his mother.  Her untimely passing has made him reassess life and choices and commit to change.

Mr. Cutter has also recently become a grandfather.  This is a life-changing event that he has been unable to fully embrace due to past choices.  The love of his grandchild has also been a driving force for Mr. Cutter to make a commitment to change.  Although he has lost his mother, he has been given the gift of having a granddaughter!  And he cannot wait to meet her and be a permanent fixture in her life!

Finally, there is life's order of natural maturity. . . at age 47, Mr. Cutter has realized the error of his ways.  He understands the pitfalls of trying to cut corners.  He is determined and dedicated to setting an example for his daughters and granddaughter of perseverance, humility, and self-love!

As his cousin and friend, I ask that you see Mr. Cutter as Wallace — not simply as the defendant in a case.  While he is not without fault, he is ready to accept responsibility and get back home to his children and grandchild.  My cousin was made an example of as a teenager.  I am asking you to please see his humanity in 2024.  For he is a father, a grandfather, a brother, a nephew, an uncle, a cousin, and a friend. . . And although his parents are no longer with us, he is still a son — born Wallace Kenya Cutter.  He stands ready to be a positive and productive person in our community and in society as a whole.

Sincerely,

*Patrina S. Wyrick*

Patrina S. Wyrick
patrinawyrick@yahoo.com