Dear Judge Susan Hickey,

My name is Lindsay Collins, I've known Wallace Cutter for 25 years. I met him through my husband and when we first introduced ourselves, he presented himself like a fine gentleman. I was really impressed with how he was well mannered, by him being the first to approach me at the family reunion.

Wallace is a standout person because he is very intelligent and is very respectable. He always talks about what he was doing with his children given that the oldest one has graduated college. I guess you can say its in their genes.

I know he is not a waste time type of person when it comes to getting things done. There can only be one way for him and he knows that he has a lot of people counting on him. His relationship with his father was very distant so he grew up like any other person with only the darkest people/ places that he call his friends. I watched him evolve from them and once he started having kids he took on greater responsibilities. They all love him and they know if he can he would try to give them the world. He is still a great friend/cousin to me and I feel as if he could do some things over he would. He was not born rich but his mind when he's determined is worth millions.

Today I'd like to ask the court to show grace to my cousin, cause even though you stand before him he's still the same person, if not similar, that you have in your family that just needs someone to believe in him. Character goes a long way and I know that if he has some leniency that he would do his best to show his gratitude. He is well respected, and I know he would do programs and anything else to show kids of the same situation that there is another way. He is still human and there is a proven facts that people can get better.

Thank you.

*Lindsay Collins*   05/28/2024