**From:** Patrice Andrews patriceandrews705@icloud.com
**Subject:** Wallace K. Cutter character letter
**Date:** May 28, 2024 at 9:19 PM
**To:** Michael@lasscass.com



Sent from my iPhone
To Whom It May Concern:

My Name is Patrice Cutter Andrews, I'm Wallace Sister, I'm the oldest of my Father's four children. My brother Shango & I wasn't raised in the same home with my brother Wallace & younger sister Tamekia, but the Love the four of Us have for one another is Unconditional & Endless.

My brother Wallace is a father of 3 beautiful, hardworking, smart & respectful daughters that he has missed out on important years of their lives & in March he became a grandfather & sadly he hasn't been able to hold his new precious grand baby.

Wallace is a very loving, caring & unselfish person that will help a stranger & give the shirt off his back, as well as any family member or friend .

My Brother is motivated & determined to achieve his goals & ultimately his purpose in life with dreams of being a productive citizen helping the younger generation stay on a positive path.

One goal Wallace had was to receive his Commercial Driver License. Which He Did & I'm proud of Him.

My Brother is not a bad person, As we all have in this life made some unwise decisions, but it is My Opinion & I Believe it can be a Proven Fact, That IF My Brother Had Been Offered Rehabilitation Instead of Incarceration after the offensives he was convicted of, But its Not To Late To Consider Rehabilitation I have NO Doubt in My mind that He can be the Father, Grandfather & Brother that His Family know he is capable of being.

As A Result of My Brother actions drugs have played a major part. He has a drug addiction he is chemically dependent & He Desperately Needs Professional Help.

I Pledge with The Decision Makers concerning My Brothers fate. Please Consider Rehabilitation First, as well as a reduction of the years incarcerated that's before him, this will sadly extend the separation of Wallace from the people that Love him & him from his 3 girls & new born granddaughter that will Desperately need him in the days & years ahead.

Sincerely,
Mrs. Patrice Cutter Andrews