6/6/2024

Dear Judge

     My name Is Makayla Cutter, the oldest of my dad, Wallace Cutter, three children. I hope this letter finds you well and supports your decision on my Dad's sentencing. My Dad is a humble caring individual who would do anything for his girls and family although his situation says otherwise. While being incarcerated he talks to me about his new life which is being away from bad company, getting closer to God, and continuing his career in Trucking all while taking care of himself and his family. I've seen him work hard for his CDLs so it's only up to him to follow that path which I know he could do, along with me encouraging him. Besides being incarcerated my dad has shown up for me emotionally, physically, and mentally, he has been my #1 supporter on this life journey from PreK to College. Sometimes he doesn't practice what he preaches but he gives me the best advice to make sure I don't follow in his footsteps. I can't remember a time he was wrong or ever led me wrong. Coming from a low-income family, life is hard and when we face problems, everyone handles it differently, I don't think that makes him a bad person! I believe my dad is learning from his past mistakes and has opened his eyes to see that his old lifestyle is over and he deserves another chance at freedom to be a Father, Husband, and grandpa for his loved ones. I remember after I graduated high school in 2018, I knew what I wanted to do with my life and that was go to college and get a degree. I knew I would be a first-generation graduate for my family, sometimes I didn't even know where to start with college but my dad made sure I had all the materials and resources I needed to succeed. The college I attended was 8 hours away from Arkansas. However, I wondered how that would even survive in a big city or even get there due to the fact we had no car, but my Dad made that possible. He used everything he had to get me to Atlanta, and luckily we made it just the day of my school orientation, He told me not to worry about anything but to follow my dreams and everything else would fall in place. To this day, I thank him for never giving up on me despite his situation because now I am still here In Atlanta and doing everything, I put my mind to. Although he is not here physically he never misses a day calling me through phone or video to check on me and his grandchild. When my dad first found out I was pregnant, it instantly hit him that he would miss out on his first grandchild's major milestones, but since she was born in March of this year he has never missed a video or phone call to see his granddaughter and that alone has shown me how he is going to be a better citizen for her and his children, only if he got the chance to do so

6/6/2024

sooner I know he would be a great grandpa plus Father, and we will make sure of that. Thank You.

Sincerely, Makayla Cutter