June 7, 2024
Russell Pierce
7650 S. Euro Dr.
# H 108
Salt Lake City Ut. 84047

To the Judge presiding over the hearing of Wallace K. Cutler.

Dear Your Honor, My name is Russell Pierce, I am the brother of Wallace K. Cutler. At 55 years old I am his oldest sibbiling, and his very first teacher of life. You see your honor, my mother was single mother, working in a Nursing home for really low pay. It was five of us, and there was hardly enough of any thing to go around. So I went out and did what I thought was best for the family. I joined a life of crime. Though I am a productive member of today world. Physically I was able to restore, but spiritually the damage was done, by Wallace watching me he obtained habits that has been haunting him for many years. When I changed my life, I realized I only had 2 kinds of Friends. Those who used drugs and those who sold drugs. And this is the problem my brother has.

Wallace is a good man with confused Ideals. he has raised 3 beautiful young women, not just Finacially, he has been there for them.

8-7-24

Since Wallace has been locked up, we lost our mother. Susie Ann Cutter Pierce, I feel like every man has a breaking point. I think this was his moment.

Your Honor, I influenced Wallace to do wrong and Now I am for positive.

I helped him to get his CDL. and was able to get him a driving job. He's trying Judge.

I ask the court to always do what's best. I ask you to give him one more chance. to make it Judge.

In conclusion, I know I talked about me Alot, because I needed you to know about the foundation. Judge it's fixed, please give us the chance to fix our crumbing walls.

Thank you,
Russell K. Pierre