June 13, 2024

To Whom it May Concern,

Thank you for the opportunity to share a little information about my brother Wallace K Cutter.  My name is Tamekia Cutter Reid, I'm his older Sister. I own Chariots of Fire Transportation, LLC. We provide non-emergency medical transportation. Primarily for Senior Citizens and people with disabilities.   I have known Mr. Cutter since the day he was born. Although he's my younger brother, he always did his best to provide, take care of, and even protect me while we were growing up and even as we became adults.

I remember when I was facing life-changing challenges in my marriage and my brother, Mr. Cutter, was able to supplement my household by providing the means for my sons to have some of the things they wanted.  His daughter recently gave birth to his first grandchild.  Mr. Cutter has talked nonstop about his regrets not being able to be present during this milestone in their lives.  He is looking forward to a present, active, and positive influence in the lives of his daughters.

Mr. Cutter is exploring alternate career paths and is profoundly interested in organizations that give back to the community.  He intends to volunteer to make his community better while he works his 9 to 5 job. In the time that I have seen his interaction with the penal system due to his prior poor choices, this is the first time that I have seen him so focused on building a whole new life and identity to make sure he's there for his daughters and grandchild.

Thank you again for this opportunity to share some information about my brother, the new grandfather, Wallace.

Sincerely,

Tamekia Reid