**From:** Tamaria Miller tmiller201614@yahoo.com 🚩
**Subject:** Letter for Wallace cutter
**Date:** July 8, 2024 at 10:15 PM
**To:** Michael@lasscass.com



dear Judge

My name is Tamaria Miller I've known Wallace Cutter for 26 years he has been in my life since i was born we have been through a lot in our 26 years ive known him.
he married my mom when I was 12 and has played an important father role in my life since then. even when my biological father passed away Wallace,
stepped up in his place for me and my child Mentally, and financially I couldn't ever repay him for all he has done for me.
in the 26 years that I've known Wallace, I have never known him to get high on drugs or to get drunk on alcohol. even when I was young, he has never brought any drugs or alcohol around me or done any drugs around me, it's just not something he would do.
Back when I saw what Wallace was getting charged for, I was in disbelief, I was stunned and speechless, my eyes just couldn't believe what I was reading at that moment.
I just couldn't make sense of it, that is so far from who I know Wallace to be, that it wasn't even a consideration.
As long as I have known Wallace he has cared for his mother, and children and friends. Wallace had a great job driving trucks away on the road all the time.
being away from his family missing out but he chooses to do that so that he could take care of his family!
I remember being little and we use to live in some apartments and at this time Wallace was working for the water company and our apartments would have this field day.
every year for the kids every year Wallace would pay for the entire thing it would be food, bouncy houses, water slides , water , juices it was amazing.
the Wallace I know loved his family and loved giving to the community he was a generous person. he had a special heart for children.
every year for Christmas, Wallace would buy every kid in our apartment a gift for Christmas and made sure every kid felt special.
Wallace was raised in El Dorado Arkansas, he has 3 children , and 4 step kids and 7 grandkids that he loves dearly, both of his parents recently passed and
Wallace have been through a lot these past few years.
Today I'd like to ask the court to show grace to my dear stepfather and just open your heart and consider
the possibility that this was not done intentionally. Consider the possibility that Wallace,
who was raised by both of his parents, brought up in the church , and loved giving to his community deserves a second chance at freedom?

Sincerely,

Tamaria Miller                            Date: 06/10/2024