Union County Sheriff Department
SOAR (SOUTH ARKANSAS REENTRY PROJECT)
*Together, we can make a difference*

June 11, 2024

To Whom It May Concern,

We are Peer Recovery Specialists employed by the 13th Judicial Drug Task Force and are working to build a reentry program in UCSO. Additionally, we operate several recovery residences that are certified by NARR (National Alliance of Recovery Residences), providing safe, affordable housing for men and women in Union County, AR.

We are writing to you regarding Wallace Cutter, an inmate currently incarcerated in the Union County Jail. Wallace has upcoming court appearances for charges that are directly related to his substance use disorder. Wallace has been participating in the SOAR (South Arkansas Reentry) program since September 2023 and has been an asset to the class. During this time, we require participants to be actively engaged in the therapeutic process by accepting accountability for their actions, self-reflection by considering wrong thinking patterns and how to change them, and setting goals that will ultimately lead to the life of purpose that they desire. Life Skills, Relapse Prevention, Trauma and Anger Management are groups that we hold each week. Wallace has never missed a class, has always had a very positive attitude with strong leadership skills, and completed all his assignments thoroughly.

If you have any further questions or concerns, please feel free to contact us at the numbers listed below.

In Service,

Nicole Smith
870-315-5137

Vincent Tate
870-315-6325

Peer Recovery Support Specialist
Union County Criminal Justice Facility
250 American RD
El Dorado, AR 71730